**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| Blonder Tongue Laboratories, Inc., | Case No.: 25-21863 (CMG) |
| Debtors | |

**STATEMENT THAT UNSECURED CREDITORS'**
**COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

(  )   Debtor's petition/schedules reflect less than three unsecured creditors (excluding insiders and governmental agencies).

(  )   No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

**( X )   Insufficient response to the United States Trustee communication/contact for service on the committee.**

(  )   No unsecured creditor interest

(  )   Non-operating debtor-in-possession - - No creditor interest.

(  )   Application to convert to Chapter 7 or to dismiss pending.

(  )   Converted or dismissed.

(  )   Other:

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

 /s/     Lauren Bielskie
Lauren Bielskie
Acting Assistant United States Trustee

Samantha Lieb
Trial Attorney

DATED: November 21, 2025